Attorney for Material Witness



# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> Eduardo ALVARADO-Alcaraz, et al., <br> Defendants. | Case No.: 18-MJ-6135-BGS <br><br> STIPULATION FOR RELEASE OF MATERIAL WITNESS AND ORDER THEREON |

**IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Robert S. Brewer United States Attorney, and _Carling E. Donovan_, Assistant United States Attorney, and the Defendant in San Diego County Superior Court, El Cajon Division, in the of CE386330, namely LUIS ALBERTO VIRGEN, by and through and with the consent of his defense counsel, Paul Rodriguez, Deputy Public Defender, and the People of the State of California, by and through and with the consent of its counsel, Deputy District Attorney, namely, J. Clayton Carr that:

Said parities jointly consent and agree that the material witness:
_EDUARDO ALVARADO - ALCARAZ_ in this case may be released and

///

remanded immediately to the Department of Homeland Security for return to his country of origin.

It is **STIPULATED AND AGREED** this date.

Dated: February 12, 2019

Robert S. Brewer
United States Attorney

Carling E. Donovan
Assistant United States Attorney

Dated: February 14, 2019

Paul Rodriguez
Deputy Public Defender

Dated: February 8, 2019

J. Clayton Carr
Deputy District Attorney

# ORDER

On application of Ciro Hernandez, Attorney for the below-named material witness, and upon completion of a conditional examination and stipulation of the parties,

**IT IS HEREBY ORDERED** that EDUARDO ALVARADO-ALCARAZ heretofore committed to the custody of the United States Marshal as a material witness be released from custody forthwith and remanded immediately to the Department of Homeland Security for return to his country of origin.

DATED: 2/14/19

_____
Magistrate Judge of the District Court