UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. 18mj6135-BGS |
| | ) | |
| vs. | ) | ORDER |
| | ) | RELEASING MATERIAL WITNESS |
| Alvarado-Alcaraz | ) | |
| | ) | Booking No. |
| Defendant(s) | ) | |

BERNARD G. SKOMAL

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Eduardo Alvarado-Alcaraz

DATED: 2/14/2019

BERNARD G. SKOMAL

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

JOHN MORRILL          Clerk
by /s/
Deputy Clerk     x7104